**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GREENSTREET FINANCIAL, L.P.,

      Plaintiff(s),

-against-                                AFFIDAVIT OF SERVICE
                                                       07 CIV. 8005

CS-GRACES, LLC AND RH LODGING
SERVICES, LLC,

      Defendant(s).
--------------------------------------------------X
STATE OF NEW YORK   )
                           S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 13TH day of September, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND JUDGES' RULES AND PROCEDURES AND GUIDELINES FOR ELECTRONIC CASE FILING upon RH LODGING SERVICES, LLC, the defendant in this action, by delivering to and leaving with AMY LESCH an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        AMY LESCH is a white female, approximately 32 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with brown hair and blue eyes.

_____
DEBORAH LaPOINTE
Sworn to before me this
13TH day of September, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com