UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a          07 CIV 8005
Delaware Limited Partnership,

               Plaintiff,

       -against-                                RULE 26 RESPONSE

CS-GRACES, LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

               Defendants.
-------------------------------------------------------X

     PLEASE TAKE NOTICE that defendants, by Kalter, Kaplan, Zeiger & Forman, their attorneys, for their Response pursuant to Rule 26, respectfully: -

     A.. The following are the names, telephone numbers and addresses of persons likely to have discoverable information: -

     - Joseph Tso, Esq., P.O. Box 511, Ellenville, New York 12428 - 845-647-4110;

     - Lana Tso, P.O. Box 511, Ellenville, New York 12428 - 845-647-5547;

     - Stanley Tso, 431 Longhill Drive, Short Hills, New Jersey 07078;

     - Richard Stoloff, Esq., P.O. Box 1129, Monticello, New York 12701 - 845-794-4300;

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788

- Gary Silver, Esq., P.O. Box 1129, Monticello, New York 12701 - 845-794-4300

- Woody Levitan, 1 Industrial Drive, Suite 300, Middletown, New York 10941

B.  Operating Agreements of RH Lodging - In plaintiff's possession

Purported loan agreement and guarantee, as well as collateral papers of Alan Friedberg and Smul Trust - In plaintiff's possession.

Loan agreements, mechanics' liens, etc., referred to in sale agreement of January 30, 2006 between the Smul Trust and CS-Graces - In possession of Joseph Tso and RH Lodging.

All financial records of RH Lodging are in the possession of RH Lodging and/or Woody Levitan (accountant).

C.  Not applicable.

D.  None.

Dated:   Woodbourne, New York
         October 29, 2007

KALTER, KAPLAN, ZEIGER & FORMAN

By: _____
Ivan Kalter, Esq. (IK 4062)
Attorneys for Defendants
Office and P.O. Address
6166 State Route 42 - P.O. Box 30
Woodbourne, New York 12788
Telephone: (845) 434-4777

Facsimile: (845) 436-8156
Email: ivankalter-kkz@hvc.rr.com

TO:

KILPATRICK & LOCKHART PRESTON
GAGES ELLIS, LLP
Attorneys for Plaintiff
Office and P.O. Address
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788