UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GREENSTREET FINANCIAL, L.P., a     07 CIV 8005
Delaware Limited Partnership,

                     Plaintiff,

                                                     DEFENDANTS' FIRST
                    -against-                      DEMAND FOR
                                                     DISCOVERY AND INSPECTION

CS-GRACES,LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                     Defendants.
---------------------------------------------------------X

       PLEASE TAKE NOTICE the undersigned defendants demand that you serve within twenty (20) days, the following: -

       1. Provide copies of all pleadings, motions, discovery, decisions (exclusive of the motion by these defendants to dismiss) in the action between plaintiff and Smul Trust pending in the State of Florida.

       2. Provide copies of any pleadings, motions, applications or other proceedings initiated by plaintiff against Alan Friedberg in Bankruptcy Court.

       3. Provide copies of all pleadings, motions, discovery, decisions in any other action brought by plaintiff against Alan Friedberg in any court.

Dated:       Woodbourne, New York
                October 29, 2007

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788

KALTER, KAPLAN, ZEIGER & FORMAN

By: _____
Ivan Kalter, Esq. (IK 4062)
Attorneys for Defendants
Office and P.O. Address
6166 State Route 42 - P.O. Box 30
Woodbourne, New York 12788
Telephone: (845) 434-4777
Facsimile: (845) 436-8156
Email: ivankalter-kkz@hvc.rr.com

TO:

KILPATRICK & LOCKHART PRESTON
GAGES ELLIS, LLP
Attorneys for Plaintiff
Office and P.O. Address
599 Lexington Avenue
New York, New York 10022
(212) 536-3900