UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GREENSTREET FINANCIAL, L.P., a                    07 CIV 8005
Delaware Limited Partnership,

                Plaintiff,

       -against-                                NOTICE TO TAKE
                                               DEPOSITION UPON
CS-GRACES,LLC, a New York Limited                  ORAL EXAMINATION
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                Defendants.
----------------------------------------------------------X

S I R : -

PLEASE TAKE NOTICE, that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of **Greenstreet Financial, L.P., by an officer, director, shareholder, employee, agent or person with knowledge of facts herein**, as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, **at a time, date and place to be determined** with respect to evidence material and necessary in the defense of this action:

That said person to be examined is required to produce at such examination the following: **N/A**

The circumstances or reasons such notice is sought or required are as follows: **N/A**

Dated: Woodbourne, New York
        October 29, 2007

                             KALTER, KAPLAN, ZEIGER & FORMAN

              By:                                         
                             Ivan Kalter, Esq. (IK 4062)
                             Attorneys for Defendants
                             Office and P.O. Address
                             6166 State Route 42 - P.O. Box 30
                             Woodbourne, New York 12788
                             Telephone:  (845) 434-4777
                             Facsimile: (845) 436-8156
                             Email: ivankalter-kkz@hvc.rr.com

**KALTER, KAPLAN**
**ZEIGER & FORMAN**
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788

TO:

KILPATRICK & LOCKHART PRESTON
GAGES ELLIS, LLP
Attorneys for Plaintiff
Office and P.O. Address
599 Lexington Avenue
New York, New York 10022
(212) 536-3900