UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a                    07 CIV 8005
Delaware Limited Partnership,

                         Plaintiff,

                 -against-                                    AFFIDAVIT OF SERVICE

CS-GRACES,LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                         Defendants.
------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF SULLIVAN    ss.:

      Susan M. Storms, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Glen Spey, New York.

      On November 1, 2007, I served a true copy of the Answer, Defendant's First Demand for Discovery and Inspection, Notice of Examination Before Trial and Rule 26 Response in the above-captioned matter, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Robert Bergen, Esq., Kirkpatrick & Lockhart Preston Gates Ellis, LLP, 599 Lexington Avenue
New York, New York 10022

                                                       _____
                                                       Susan M. Storms

Sworn to before me this
1st day of November, 2007

_____
Notary Public

KATHLEEN CHURAK
Notary Public, State of New York
Sullivan County Clerk's #1208
Commission Expires July 31, 2009

KALTER, KAPLAN ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788