# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CIV 8005                                              Date Filed: _____

Plaintiff:
**GREENSTREET FINANCIAL, L.P., a Delaware limited partnership,**

vs.

Defendant:
**CS-GRACES, LLC and RH LODGING SERVICES, LLC,**

For:
Ivan Kalter
KALTER, KAPLAN, ZEIGER & FORMAN ATTORNEY
6166 STATE ROAD 42
PO Box 30
Woodbourne, NY  12788

Received by Professional Process Servers on the 19th day of November, 2007 at 9:00 am to be served on **SHERYL SMUL, 12351 NW 2ND ST, PLANTATION, FL 33325**.

I, Pedro Elias Bo Sauder, being duly sworn, depose and say that on the **19th day of November, 2007** at **7:10 pm**, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of **THIRD PARTY SUMMONS AND COMPLAINT with EXHIBITS** at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older **WAYNE ANDERMAN (FIANCE)** and informing said person of the contents therein.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.



Subscribed and Sworn to before me on the 20th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

**Pedro Elias Bo Sauder**
786

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL  33305
(954) 566-2523
Our Job Serial Number: 2007021797

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.1c