## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of New York

Index Number: 07 CIV 8005                                Date Filed: _____

Plaintiff:
**GREENSTREET FINANCIAL, L.P., a Delaware limited partnership,**

vs.

Defendant:
**CS-GRACES, LLC and RH LODGING SERVICES, LLC,**

For:
Ivan Kalter
KALTER, KAPLAN, ZEIGER & FORMAN ATTORNEY
6166 STATE ROAD 42
PO Box 30
Woodbourne, NY 12788

Received by Professional Process Servers on the 19th day of November, 2007 at 9:00 am to be served on **SHERYL SMUL, GRANTOR ANNUITY TRUST, 12351 NW 2ND ST, PLANTATION, FL 33325.**

I, Pedro Elias Bo Sauder, being duly sworn, depose and say that on the **19th day of November, 2007** at **7:10 pm,** I:

SUBSTITUTE SERVED the within named person by leaving a true copy of **THIRD PARTY SUMMONS AND COMPLAINT with EXHIBITS** at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older **WAYNE ANDERMAN (FIANCE)** and informing said person of the contents therein.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.



ANGELA M. ANDERSON
MY COMMISSION # DD 610399
EXPIRES: October 31, 2010
Bonded Thru Notary Public Underwriters

Subscribed and Sworn to before me on the 20th day of November, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Pedro Elias Bo Sauder
786

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2007021796

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V3.1c