USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a
Delaware Limited Partnership,

                                                                               07 CIV 8005
                      Plaintiff,              Hon. Richard J. Sullivan, USDJ

   -against-

CS-GRACES, LLC, a New York Limited
Liability Company, and                             **STIPULATION**
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                      Defendants.
---------------------------------------------------------X
---------------------------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                    Third-Party Plaintiffs,

   -against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                    Third-Party Defendants.
---------------------------------------------------------X

    IT IS HEREBY STIPULATED, by and between Kalter, Kaplan, Zeiger & Foreman, Esqs.,

attorneys for Defendants/Third-Party Plaintiffs and Stoloff & Silver, LLP, attorneys for Third-Party

Defendants, that (a) the time for Third-Party Defendants to interpose an Answer, move, or otherwise appear

in this action is extended until December 28, 2007, and (b) photocopied or faxed signatures upon this

Stipulation shall be deemed and construed, for all purposes, as original signatures.

Dated: December 3, 2007      KALTER, KAPLAN, ZEIGER & FOREMAN, ESQS.

by: _____
    Ivan Kalter, Esq.

Dated: December 3, 2007      STOLOFF & SILVER, LLP

by: _____
    Gary D. Silver, Esq.

SO ORDERED

_____
HON. RICHARD J. SULLIVAN, USDJ

Dated: December 4, 2007