⨀AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GREENSTREET FINANCIAL, L.P., a Delaware Limited Partnership,
Plaintiff,

-against-

JS-GRACES, LLC, a New York Limited Liability Company, and RH LODGING SERVICES, LLC, a New York Limited Liability Company,
Defendants.

---

JS-GRACES, LLC and RH LODGING SERVICES, LLC,
Third-Party Plaintiffs,

-against-

SHERYL SMUL, SHERYL SMUL GRANTOR ANNUITY TRUST and ALAN G. FRIEDBERG,
Third-Party Defendants.

---

## APPEARANCE

Case Number: 07 CIV 8005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Third-Party Defendants Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg

I certify that I am admitted to practice in this court.

STOLOFF & SILVER, LLP

12/13/07                         By: S/
Date                             Signature

                                 Gary D. Silver          GS 3214
                                 Print Name              Bar Number

                                 26 Hamilton Avenue - P. O. Box 1129
                                 Address

                                 Monticello, New York          12701
                                 City              State       Zip Code

                                 (845) 794-4300     (845) 794-1371
                                 Phone Number       Fax Number

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN_____x

ILYCE S. BRINN,                                                  Index No: 2925/07

                                Plaintiff,

  - against -

MARK BRINN,                                                      RJI No: 52-27012-07
                                                               Assigned to: Hon.
                               Defendant.___x   Robert A. Sackett

# PLAINTIFF'S STATEMENT OF NET WORTH
# and STATEMENT OF CLIENT'S RIGHTS

                              Submitted by:

                              STOLOFF & SILVER, LLP

                              By:_____
                                  RICHARD A. STOLOFF, ESQ.
                              Attorneys for Plaintiff
                              Office and Post Office Address
                              26 Hamilton Avenue, P.O. Box 1129
                              Monticello, New York 12701
                              Tel. (845) 794-4300