# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GREENSTREET FINANCIAL, L.P., a Delaware Limited Partnership,

Plaintiff,

-against-

JS-GRACES, LLC, a New York Limited Liability Company, and RH LODGING SERVICES, LLC, a New York Limited Liability Company,

Defendants.

-against-

SHERYL SMUL, SHERYL SMUL GRANTOR ANNUITY TRUST and ALAN G. FRIEDBERG,

Third-Party Defendants.

JS-GRACES, LLC and RH LODGING SERVICES, LLC,

Third-Party Plaintiffs,

Case Number: 07 CIV 8005

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Third-Party Defendants Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/13/07 | By: /s/ |
| Date | Signature |
| | STOLOFF & SILVER, LLP |
| | Gary D. Silver    GS 3214 |
| | Print Name / Bar Number |
| | 26 Hamilton Avenue - P. O. Box 1129 |
| | Address |
| | Monticello, New York    12701 |
| | City / State / Zip Code |
| | (845) 794-4300    (845) 794-1371 |
| | Phone Number / Fax Number |

©AO 458 (Rev. 10/95) Appearance

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN                                          x

ILYCE S. BRINN,                                             Index No: 2925/07

                            Plaintiff,

   - against -

MARK BRINN,                                                 RJI No: 52-27012-07
                                                        Assigned to: Hon.
                               Defendant.       x   Robert A. Sackett


## PLAINTIFF'S STATEMENT OF NET WORTH
## and STATEMENT OF CLIENT'S RIGHTS


                                      Submitted by:

                                      STOLOFF & SILVER, LLP

                                      By:_____
                                          RICHARD A. STOLOFF, ESQ.
                                    Attorneys for Plaintiff
                                    Office and Post Office Address
                                    26 Hamilton Avenue, P.O. Box 1129
                                    Monticello, New York 12701
                                    Tel. (845) 794-4300