©AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                                            DISTRICT OF                    NEW YORK

GREENSTREET FINANCIAL, L.P., a Delaware Limited Partnership,
                    Plaintiff,

        -against-

JS-GRACES, LLC, a New York Limited Liability Company, and                 **APPEARANCE**
RH LODGING SERVICES, LLC, a New York Limited Liability Company,
                    Defendants.
-------------------------------------------------
JS-GRACES, LLC and RH LODGING SERVICES, LLC,
                    Third-Party Plaintiffs,                Case Number: 07 CIV 8005

        -against-

SHERYL SMUL, SHERYL SMUL GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,
                    Third-Party Defendants.
-------------------------------------------------

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Third-Party Defendants Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg

I certify that I am admitted to practice in this court.

                                                                STOLOFF & SILVER, LLP
                                                                By: s/
12/13/07                                                        _____
Date                                                            Signature

                                                                Gary D. Silver                    GS 3214
                                                                Print Name                        Bar Number

                                                                26 Hamilton Avenue - P. O. Box 1129
                                                                Address

                                                                Monticello, New York              12701
                                                                City              State            Zip Code

                                                                (845) 794-4300                    (845) 794-1371
                                                                Phone Number                      Fax Number

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN                                             x

ILYCE S. BRINN,                                                                Index No: 2925/07

                            Plaintiff,

   - against -

MARK BRINN,                                                                    RJI No: 52-27012-07
                                                                Assigned to: Hon.
                              Defendant.       x        Robert A. Sackett

# PLAINTIFF'S STATEMENT OF NET WORTH
# and STATEMENT OF CLIENT'S RIGHTS

Submitted by:

STOLOFF & SILVER, LLP

By:_____
      RICHARD A. STOLOFF, ESQ.
Attorneys for Plaintiff
Office and Post Office Address
26 Hamilton Avenue, P.O. Box 1129
Monticello, New York 12701
Tel. (845) 794-4300