ORIG

%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

PLAINTIFF

GREENSTREET FINANCIAL, L.P., a Delaware
limited partnership

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CS-GRACES, LLC and
RH LODGING SERVICES, LLC

V. THIRD PARTY DEFENDANT

SHERYL SMUL, SHERYL SMUL GRANTOR
ANNUITY TRUST and ALAN G. FRIEDBERG

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

Case Number:  07 CIV 8005
                        Judge Sullivan

To: Name and address of Third Party Defendant

Sheryl Smul, 12351 NW 2nd Street, Plantation, FL 33325
Sheryl Smul Grantor Annuity Trust, (see above)
Alan G. Friedberg, 926 Fifth Avenue, New York, NY 10021

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP 599 Lexington Avenue New York, New York 10022 212-536-3900 | KALTER, KAPLAN, ZEIGER & FORMAN 6166 State Route 42 - P.O. Box 30 Woodbourne, New York 12788 845-434-4777 |

an answer to the third-party complaint which is served on you with this summons, within ____twenty (20)____ days after
the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken
against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy
of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1)
this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment
against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil
Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim
of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court
within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE          NOV 0 8 2007

%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE DECEMBER 8, 2007 |
| NAME OF SERVER MICHAEL E. BRENNAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:

79 KATRENA FALLS ROAD, ROCK HILL, NY

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/8/07              Michael E Brennan
                    Date                         Signature of Server

P.O. Box 103, MONTICELLO, NY 12701
Address of Server

Lori a Karadontes

LORI A. KARADONTES
Notary Public, State of New York
Sullivan County Clerk's #2291
Comission Expires Feb. 26, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.