**UNITED STATES DISTRICT COURT:**
SOUTHERN DISTRICT OF NEW YORK
GREENSTREET FINANCIAL, LP
v.
CS-GRACES, LLC and RH LODGING
SERVICES, LLC

Case No. 07 CIV 8005
AFFIDAVIT OF SERVICE OF
SUMMONS AND COMPLAINT
IN A CIVIL ACTION

STATE OF NEW YORK, COUNTY OF SULLIVAN: SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at POST OFFICE BOX 103, MONTICELLO, NEW YORK 12701.
That on **December 8, 2007** at **4:20 PM** at **79 Katrina Falls Road, Rock Hill, NY** deponent served the within **SUMMONS and COMPLAINT IN A CIVIL ACTION** on **ALAN G. FRIEDBERG** respondent therein named.

(**INDIVIDUAL**) by delivering a true copy of each to said respondent personally; deponent knew the person so served to be the person described as respondent therein.

SUITABLE AGE   by delivering thereat a true copy of each to _____
PERSON        a person of suitable age and discretion. Said premises is respondent's – *actual Place of business – dwelling place – usual place of abode* – within the State.

AFFIXING TO   by affixing a true copy of each to the door of said premises, which is the respondent's
DOOR, ETC.    *actual place of business – dwelling place – usual place of abode* – within the State. Deponent was unable, with due diligence to find the respondent or a person of suitable age and discretion thereat, having called there:

MAILING TO   deponent also enclosed 2 copies of same in a 2 postpaid envelopes, properly addressed
RESIDENCE    to the respondent at respondent's – *last known address – actual place of business* – at
BUSINESS     _____
             and deposited said envelopes in a Post Office under the care and custody of the United States Postal Service within New York State – one by first class mail and one certified return receipt requested. Date of mailing: _____.

(**APPROXIMATE DESCRIPTION**) Sex **M** Color **W** Hair **BRN** Height **5-9** Weight **160** Age **51-65**
Other _____

(**MILITARY SERVICE**) I asked the person spoken to **ALAN G. FRIEDBERG** whether the respondent was in active military service of the United States in any capacity whatever. Person responded in the negative. The Source of my information and the grounds of my belief is the conversation narrated. Upon information and belief I aver that the respondent is not in the military service of the United States as that term is defined in Federal Statutes.

Sworn to before me on **11** day of **Dec**, 2007

*Michael Brennan* (signature)
MICHAEL E. BRENNAN

*Lori A. Karadontes* (signature)
NOTARY

LORI A. KARADONTES
Notary Public, State of New York
Sullivan County Clerk's #2291
Comission Expires Feb. 26, 2010