UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

**GREENSTREET FINANCIAL, L.P.**
*A DELAWARE LIMITED PARTNERSHIP*
        Plaintiff,

-v-

**CS-GRACES, LLC** *A NEW YORK*
*LIMITED LIABILITY COMPANY*, ET AL

        **Defendants.**

Case No. 1:07-cv-08005-(RJS)(KNF)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Fox for the following purpose(s):

|     |     |     |     |
| --- | --- | --- | --- |
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _x_ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
|     |     |     | Purpose:_____ |
|     | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ___ | Settlement* - | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
|     |     |     | Particular Motion:_____ |
|     |     |     | All such motions: ____ |

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York,
         Jan. 24, 2008

                                        _____
                                        RICHARD J. SULLIVAN
                                        United States District Judge