AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Southern District of New York

GREENSTREET FINANCIAL, L.P., a Delaware Limited Partnership,
　　　　　　　　　　　　　　　　　　　　Plaintiff,
-against-
CS-GRACES, LLC, a New York Limited Liability Company, and RH LODGING SERVICES, LLC, a New York Limited Liability Company,
　　　　　　　　　　　　　　　　　　　　Defendants.
-------------------------------------------------
CS-GRACES, LLC and RH LODGING SERVICESW, LLC,
　　　　　　　　　　　　Third-Party Plaintiffs,
-against-
SHERYL SMUL, SHERYL SMUL GRANTOR ANNUITY TRUST and ALAN G. FRIEDBERG,
　　　　　　　　　　　Third-Party Defendants.

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 07 Civ 8005

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg | [signature] | January 22, 2008 |
| Greenstreet Financial, L.P. | [signature] | January 23, 2008 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

1/24/08
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Greenstreet Financial, L.P.

Plaintiff
V.
CS-Graces, LLC and
RH Lodging Services, LLC
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 07 CIV 8005

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
| --- | --- | --- |
| CS-Graces, et al. | [signature] | 1/22/08 |
| | | |
| | | |
| | | |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____    _____
Date                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GREENSTREET FINANCIAL, L.P.**
*A DELAWARE LIMITED PARTNERSHIP*
    **Plaintiff,**

   -v-

**CS-GRACES, LLC** *A NEW YORK*
*LIMITED LIABILITY COMPANY*, **ET AL**

    **Defendants.**

Case No. 1:07-cv-08005-(RJS)(KNF)
ORDER
ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Fox for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Habeas Corpus

___  Settlement* -

___  Social Security

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
        Jan. 24, 2008

                                                                    [signature]
                                                        RICHARD J. SULLIVAN
                                                        United States District Judge