UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREENSTREET FINANCIAL, L.P.,          :

        Plaintiff,          :

     -against-          :          ORDER

CS-GRACES, LLC, ET AL.,          :          07 Civ. 8005 (KNF)

        Defendants.          :
------------------------------------------------------------X

CS-GRACES, LLC, ET AL.,          :

       Third-Party Plaintiff,          :

     -against-          :

SHERYL SMUL, ET AL.,          :

       Third-Party Defendant          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the respective parties on March 5, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    on or before March 19, 2008, the plaintiff shall serve and file its amended complaint. Thereafter, on or before April 2, 2008, the amended complaint shall be answered;

2.    all discovery, of whatever nature, shall be initiated so as to be completed on or before July 25, 2008;

3. any dispositive motion shall be served and filed on or before August 29, 2008;

4. any response to the motion shall be served and filed on or before September 19, 2008;

5. any reply shall be served and filed on or before October 1, 2008;

6. if no dispositive motion is filed, the parties' joint pretrial order shall be served and filed on or before August 29, 2008. A final pretrial conference will be held with the parties on September 8, 2008, at 10:30 a.m., in Courtroom 20A, and the trial of the action will commence on October 13, 2008, at 10:00 a.m. in Courtroom 20A. In that connection, the direct testimony of any trial witness must be presented to the Court via affidavit on or before October 6, 2008. Thus, the nonjury trial of this action will consist principally of the cross-examination of the affiants respecting the facts recited in their respective affidavits; and

7. a telephonic status conference will be held with the parties on June 10, 2008, at 10:15 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York
March 6, 2008

SO ORDERED:

/Kevin Nathaniel Fx/
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE