UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a Delaware
limited partnership,

                                    Plaintiff,                      07 CIV 8005 (KNF)

           v.

CS-GRACES, LLC, a New York limited liability         **AFFIDAVIT OF SERVICE**
company, RH LODGING SERVICES, LLC,
a New York limited liability company, and
ALAN FRIEDBERG,

                                    Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

ROXANA I. BOBOC, being duly sworn, deposes and says:

1. I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2. On March 19, 2008, I caused to be served by First Class mail true and correct copies of the **Amended Summons in a Civil Case and Amended Complaint with exhibits A to K** by depositing the same, enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, on the following:

Ivan Kalter, Esq.                                       Gary D. Silver, Esq.
Kalter, Kaplan, Zeiger & Forman                 Stoloff & Silver, LLP
6166 State Route 42, P.O. Box 30               26 Hamilton Avenue, P.O. Box 1129
Woodbourne, New York 12788                  Monticello, New York 12701
*Attorney CS-Graces, LLC*                         *Attorney for Alan G. Friedberg and Sheryl*
*And RH Lodging Services, LLC*                *Smul Grantor Annuity Trust*

Sworn to before me this
20th day of March, 2008

_____                            _____
Notary Public                                                    Roxana I. Boboc

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 2009