UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a        07 CIV 8005 (KNF)
Delaware Limited Partnership,

                Plaintiff,

                              RULE 26 RESPONSE

      -against-

CS-GRACES, LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                Third-Party Plaintiffs,

      -against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                Third-Party Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, by Kalter, Kaplan, Zeiger & Forman, their attorneys, for their Response pursuant to Rule 26, respectfully: -

      A.  The following are the names, telephone numbers and addresses of persons likely to have discoverable information: -

- Joseph Tso, Esq., P.O. Box 511, Ellenville, New York 12428 - 845-647-4110;

- Lana Tso, P.O. Box 511, Ellenville, New York 12428 - 845-647-5547;

- Stanley Tso, 431 Longhill Drive, Short Hills, New Jersey 07078;

- Richard Stoloff, Esq., P.O. Box 1129, Monticello, New York 12701 - 845-794-4300;

- Gary Silver, Esq., P.O. Box 1129, Monticello, New York 12701 - 845-794-4300

- Woody Levitan, CPA, 1 Industrial Drive, Suite 300, Middletown, New York 10941

- Alan G. Friedberg, 79 Katrina Falls Road, Rock Hill, New York 12775

B. Operating Agreements and Amended Operating Agreements of RH Lodging - In plaintiff's possession

Purported loan agreement and guarantee, as well as collateral papers of Alan Friedberg and Smul Trust - In plaintiff's possession.

Loan agreements, mechanics' liens, etc., referred to in sale agreement of January 30, 2006 between the Smul Trust and CS-Graces - In possession of Joseph Tso and RH Lodging .

All financial records of RH Lodging are in the possession of RH Lodging and/or Woody Levitan, CPA (accountant)

C. Not applicable.

D.  None.

Dated:    Woodbourne, New York
          April 1, 2008

                              KALTER, KAPLAN, ZEIGER & FORMAN

                         By:  _____
                              Ivan Kalter, Esq. (IK 4062)
                              Attorneys for Defendants
                              Office and P.O. Address
                              6166 State Route 42 - P.O. Box 30
                              Woodbourne, New York 12788
                              Telephone: (845) 434-4777
                              Facsimile: (845) 436-8156
                              Email: ivankalter-kkz@hvc.rr.com