UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a           07 CIV 8005
Delaware Limited Partnership,

                 Plaintiff,
     -against-                                    AFFIDAVIT OF SERVICE
                                                   OF ANSWER TO AMENDED
CS-GRACES,LLC, a New York Limited        COMPLAINT & RULE 26 RESPONSE
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company, and
ALAN FRIEDBERG,

                 Defendants.
-------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF SULLIVAN    ss.:

    Susan M. Storms, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Glen Spey, New York.

    On April 1, 2008, I served a true copy of the Answer to Amended Complaint and Rule 26 Response in the above-captioned matter, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Rebecca Misner, Esq., Kirkpatrick & Lockhart Preston Gates Ellis, LLP, 599 Lexington Avenue New York, New York 10022

Gary D. Silver, Esq., Stoloff & Silver, LLP, 26 Hamilton Avenue - P.O. Box 1129, Monticello, New York 12701

                                                                Susan M. Storms

Sworn to before me this
1st day of April, 2008

Notary Public

IVAN KALTER
Notary Public, State of New York
Sullivan County Clerk's #971
Commission Expires Feb. 28, 2010

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788