UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., A
Delaware Limited Partnership,

                Plaintiff,

-against-

CS-GRACES, LLC, a New York Limited
Liability Company, RH LODGING
SERVICES, LLC, a New York Limited
Liability Company, and ALAN FRIEDBERG,

                Defendants.
---------------------------------------------------------X
---------------------------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                Third-Party Plaintiffs,

-against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                Third-Party Defendants.
---------------------------------------------------------X

07 CIV 8005
Magistrate Fox

AFFIDAVIT OF SERVICE
BY OVERNIGHT MAIL

STATE OF NEW YORK  }
                  }ss:
COUNTY OF SULLIVAN }

    ROSALIND B. SCHROEDER, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Eldred, New York.

    That on the 2nd day of April, 2008, deponent served the annexed *Order to Show Cause, Affidavit and Exhibits,* upon the individuals listed below at the addresses designated by said individuals for that purpose, by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below.

                                        *VIA USPS EXPRESS MAIL*

TO:  ALAN G. FRIEDBERG                    SHERYL SMUL
       79 Katrina Falls Road, P.O. Box 1130      12351 NW 2nd Street
       Rock Hill, New York 12775                 Plantation, Florida 33325

       SHERYL SMUL GRANTOR ANNUITY TRUST
       12351 NW 2nd Street
       Plantation, Florida 33325

                                                                     _____
                                                                     Rosalind B. Schroeder

Sworn to before me this 2nd
day of April, 2008.

_____
   Notary Public

PAMELA JONES
Notary Public, State of New York
Sullivan County Clerk's #2214
Commission Expires June 15, 20_10_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GREENSTREET FINANCIAL, L.P., A
Delaware Limited Partnership,

                         Plaintiff,

-against-

CS-GRACES, LLC, a New York Limited
Liability Company, RH LODGING
SERVICES, LLC, a New York Limited
Liability Company, and ALAN FRIEDBERG,

                         Defendants.
----------------------------------------X
----------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                         Third-Party Plaintiffs,

-against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                         Third-Party Defendants.
----------------------------------------X

07 CIV 8005
Magistrate Fox

AFFIDAVIT OF SERVICE
BY MAIL

STATE OF NEW YORK  }
                     }ss:
COUNTY OF SULLIVAN }

    ROSALIND B. SCHROEDER, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Eldred, New York.

    That on the 2nd day of April, 2008, deponent served the annexed *Order to Show Cause, Affidavit and Exhibits*, upon the individuals listed below at the addresses designated by said individuals for that purpose, by depositing one (1) copy of same to said individuals in a properly addressed wrapper, in a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    KIRKPATRICK & LOCKHART PRESTON
         GATES ELLIS, LLP
        599 Lexington Avenue
        New York, New York 10022
        Att:   Rebecca L. Misner, Esq.

        KALTER, KAPLAN, ZEIGER & FORMAN, ESQS.
        6166 State Route 42, P. O. Box 30
        Woodbourne, New York 12788
        Att:   Ivan Kalter

                                                     *Rosalind B. Schroeder*

Sworn to before me this 2nd
day of April, 2008.

*Pamela Jones*
Notary Public

PAMELA JONES
Notary Public, State of New York
Sullivan County Clerk's #2214
Commission Expires June 15, 20_10_