UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a           07 CIV 8005
Delaware Limited Partnership,            Magistrate Kevin N. Fox

                       Plaintiff,

                                                          **AFFIRMATION**

    -against-

CS-GRACES, LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                       Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                       Third-Party Plaintiffs,

    -against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                       Third-Party Defendants.
-----------------------------------------------------------X

       Ivan Kalter, an attorney duly licensed to practice law in the State of New York, hereby affirms, under penalty of perjury, as follows: -

       1. Affiant is a member of the firm of Kalter, Kaplan, Zeiger & Forman, attorneys

**KALTER, KAPLAN
ZEIGER & FORMAN**
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788

for defendants and third-party plaintiffs, CS-Graces, LLC and RH Lodging Services, LLC.

2. Such defendants/third-party plaintiffs have no objection to the application of Stoloff & Silver to be relieved as counsel for Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg.

3. In the event that Stoloff & Silver's application is granted, affiant consents to any stay of proceedings the Court may Order to allow the parties formerly represented by Stoloff & Silver to obtain new counsel.

Dated:    Woodbourne, New York
          April 8, 2008

KALTER, KAPLAN, ZEIGER & FORMAN

By: _____
Ivan Kalter, Esq. (IK 4062)
Attorneys for Defendants - CS-Graces and
RH Lodging Services, LLC
Office and P.O. Address
6166 State Route 42 - P.O. Box 30
Woodbourne, New York 12788
Telephone: (845) 434-4777
Facsimile: (845) 436-8156
Email: ivankalter-kkz@hvc.rr.com