UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a
Delaware Limited Partnership,

                    Plaintiff,

-against-

CS-GRACES, LLC, a New York Limited
Liability Company, and
RH LODGING SERVICES, LLC, a New
York Limited Liability Company,

                    Defendants.
------------------------------------------------------X
------------------------------------------------------X
CS-GRACES, LLC and
RH LODGING SERVICES, LLC,

                    Third-Party Plaintiffs,

-against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                    Third-Party Defendants.
------------------------------------------------------X

07 CIV 8005
Magistrate Kevin N. Fox

AFFIDAVIT OF SERVICE
OF AFFIRMATION

STATE OF NEW YORK, COUNTY OF SULLIVAN    ss.:

    Susan M. Storms, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Glen Spey, New York.

    On April 8, 2008, I served a true copy of the Affirmation of Ivan Kalter dated April 8, 2008 consent to relief sought by Order to Show Cause submitted by Stoloff & Silver, Esqs. in the above-captioned matter, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788

the last known address of the addressee(s) as indicated below:

Rebecca Misner, Esq., Kirkpatrick & Lockhart Preston Gates Ellis, LLP, 599 Lexington Avenue New York, New York 10022

Gary D. Silver, Esq., Stoloff & Silver, LLP, 26 Hamilton Avenue - P.O. Box 1129, Monticello, New York 12701

_____
Susan M. Storms

Sworn to before me this
8th day of April, 2008

_____
Notary Public

IVAN KALTER
Notary Public, State of New York
Sullivan County Clerk's #971
Commission Expires Feb. 28, 2009

KALTER, KAPLAN
ZEIGER & FORMAN
ATTORNEYS AT LAW
WOODBOURNE, N.Y. 12788