# KALTER, KAPLAN, ZEIGER & FORMAN

### ATTORNEYS AT LAW

**6166 STATE ROUTE 42    P.O. BOX 30**

**WOODBOURNE, NEW YORK 12788**

**MEMO ENDORSED**

IVAN KALTER
JEFFREY KAPLAN
JAY L. ZEIGER
TERRY S. FORMAN

TEL. (845) 434-4777
FAX (845) 436-8156
Email: kkz@hvc.rr.com

ELLENVILLE OFFICE
47 NORTH MAIN STREET
ELLENVILLE, NEW YORK 12428
TEL. (845) 647-4110
FAX (845) 647-8262

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED.  4/9/08

April 8, 2008

United States District Court
Southern District of New York
40 Foley Square, Room 540
New York, New York 10007-1312

*via Telefax #212-805-6712*



Att:   Honorable Kevin Nathaniel Fox,
       US Magistrate Judge

RE:    Greenstreet Financial v. CS-Graces, et al.
       07 CIV 8005

Dear Judge Fox:

The firm of Stoloff & Silver has moved by Order to Show Cause returnable Friday, April 11, 2008 at 11:00 a.m to be relieved as counsel for Sheryl Smul, Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg.

By Affirmation to be filed and served today, we consent to counsel's application and any extension of time the Court may grant to permit such parties to obtain new counsel.

I trust that a personal appearance on behalf of my clients, defendants, CS-Graces, LLC and RH Lodging Services, LLC, will not be required.

My office is in Woodbourne, New York, about 100 miles northwest of the Courthouse and it would be inconvenient and costly to my clients for an appearance where we have consented to the aforesaid application.

*4/8/08*
*Based on the above, defendants*
*CS-Graces, LLC and RH Lodging Services, LLC*
*need not attend the proceeding scheduled*
*for April 11, 2008.*  SO ORDERED:
                        *Kevin Nathaniel Fox*
                        KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully yours,

IVAN KALTER

IK/ss

cc:   Gary D. Silver, Esq. (*via Telefax #794-1371*)
      Rebecca Misner, Esq. (*via Telefax #212-536-3901*)
      Joseph Tso, Esq. (*via Telefax #647-6232*)

TOTAL P.01