

RICHARD A. STOLOFF
GARY D. SILVER

IRENA L. BARBANEL

**STOLOFF & SILVER, L.L.P.**
ATTORNEYS AND COUNSELLORS AT LAW
26 HAMILTON AVENUE • P. O. BOX 1129
MONTICELLO, NEW YORK 12701
(845) 794-4300

Fax 845-794-1371

# MEMO ENDORSED     *BY FAX TRANSMISSION*
*April 10, 2008*

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #* _____
*DATE FILED:* 4/10/08

*HON. KEVIN NATHANIEL FOX, MAGISTRATE JUDGE*
*UNITED STATES DISTRICT COURT FOR*
*THE SOUTHERN DISTRICT OF NEW YORK*
*500 Pearl Street*
*New York, New York 10007-1312*

Re:  *Greenstreet Financial, L.P. v. CS-Graces, LLC, et al*
     *Docket No. 07 CIV 8005*

*Dear Magistrate Judge Fox:*

We are now in receipt (by fax transmission) of a copy of a letter dated April 9, 2008 to your Honor from Alan G. Friedberg, Sheryl Smul and the Sheryl Smul Grantor Annuity Trust. In said letter, each of the foregoing (who are all of the parties whom Stoloff & Silver, LLP represent in this action) consent to our application to withdraw as counsel in this matter and further consent that we not attend the return of our Order to Show Cause on April 11, 2008 at 11:00 a.m. in Courtroom A.

By virtue of the foregoing consent of Alan G. Friedberg, Sheryl Smul and the Sheryl Smul Grantor Annuity Trust, the fact that the U.S. Courthouse is approximately 75 miles from our office, and since the undersigned has a medical procedure scheduled to take place in Liberty, New York at 4:00 p.m. on April 11, 2008, we do not intend to attend the return of our Order to Show Cause (our clients have now consented to all of the relief which we seek and no other party has opposed the application) and we request that your Honor deem the motion "submitted".

4/10/08
The in-court proceeding scheduled for April 11, 2008
will not be held.
Application granted
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, USMJ

Most respectfully,

*STOLOFF & SILVER, LLP*

By: _____
*Gary D. Silver*

*GDS/s*
cc:  *Rebecca L. Misner, Esq*
     *Ivan Kalter, Esq.*
     *Alan G. Friedberg (by e-mail)*
     *Sheryl Smul (by e-mail)*
     *Sheryl Smul Grantor Annuity Trust (by e-mail)*