UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREENSTREET FINANCIAL, L.P.,                    :

        Plaintiff,                                    :

        -against-                                    :        ORDER

CS-GRACES, LLC, ET AL.,                         :        07 Civ. 8005 (KNF)

        Defendants.                                   :
------------------------------------------------------------X

CS-GRACES, LLC, ET AL.,                         :

        Third-Party Plaintiff,                        :

        -against-                                    :

SHERYL SMUL, ET AL.,                            :

        Third-Party Defendants.                       :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that, on or before May 12, 2008, defendant Alan Friedberg and third-party defendants Alan G. Friedberg, Sheryl Smul, and Sheryl Smul Grantor Annuity Trust, shall engage new counsel and have that person(s) file a notice(s) of appearance with the Clerk of Court. A copy of the notice(s) of appearance must be sent to the chambers of the undersigned magistrate judge and to counsel to the plaintiff in this action. Should the defendant Alan Friedberg and the third-party defendant Sheryl Smul fail to engage new counsel, they shall proceed pro se.

The plaintiff shall serve a copy the instant order on the defendant Alan Friedberg and third-party defendants identified immediately above and, thereafter, shall submit proof of service to the Court.

Dated: New York, New York
      April 15, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE