UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREENSTREET FINANCIAL, L.P., a Delaware
limited partnership,

                          Plaintiff,                     07 CIV 8005 (KNF)

          v.

CS-GRACES, LLC, a New York limited liability         **AFFIDAVIT OF SERVICE**
company, RH LODGING SERVICES, LLC,
a New York limited liability company, and
ALAN FRIEDBERG,

                          Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

ROXANA I. BOBOC, being duly sworn, deposes and says:

1. I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2. On April 16, 2008, I caused to be served by First Class mail true and correct copies of the **Order dated April 15, 2008** by depositing the same, enclosed in a postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, on the following:

Sheryl Smul
12351 NW 2nd Street
Plantation, Florida 33325

Sheryl Smul Grantor Annuity Trust
12351 NW 2nd Street
Plantation, Florida 33325

Alan G. Friedberg
79 Katrina Falls Road,
P.O. Box 1130
Rock Hill, New York 12775

Sworn to before me this
16th day of April, 2008

_____
Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__

_____
Roxana I. Boboc