UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREENSTREET FINANCIAL, L.P.,            :

        Plaintiff,             :

    -against-                      :        ORDER

CS-GRACES, LLC, ET AL.,                 :        07 Civ. 8005 (KNF)

        Defendants.            :
------------------------------------------------------------X

CS-GRACES, LLC, ET AL.,                 :

        Third-Party Plaintiff, :

    -against-                      :

SHERYL SMUL, ET AL.,                    :

        Third-Party Defendants.:
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The application made by Stoloff & Silver, L.L.C., that it be relieved of the obligation of continuing to represent defendant Alan Friedberg and third-party defendants Alan G. Friedberg, Sheryl Smul, and Sheryl Smul Grantor Annuity Trust, Docket Entry No. 29, is granted, inasmuch as no party to the action has opposed the application.

Dated: New York, New York        SO ORDERED:
       April 16, 2008

                                                                                                             KEVIN NATHANIEL FOX
                                                                                                        UNITED STATES MAGISTRATE JUDGE