Michael D. Pinsky, P.C.
Attorney for Alan Friedberg, Sheryl Smul,
and the Sheryl Smul Grantor Annuity Trust
211 Main Street, P.O. Box 148
Goshen, New York 10924-0148
Tel. (845) 294-5123
Mike Pinsky, Esq. (MP1267)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GREENSTREET FINANCIAL, L.P., a
Delaware limited partnership,

                      1:07-cv-08005 (KNF)

        Plaintiff,

    -against-                    **NOTICE OF APPEARANCE**

CS-GRACES, LLC, a New York limited
liability company, RH LODGING SERVICES,
LLC, a New York limited liability company,
and ALAN FRIEDBERG,

        Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned now makes his appearance in this action on behalf of defendant Alan Friedberg and third-party defendants Sheryl Smul, the Sheryl Smul Grantor Annuity Trust and Alan G. Friedberg, and respectfully demands service of all papers required or permitted to be filed or served in this action, at the below address.

Dated: Goshen, New York
       May 16, 2008

                                    /s/ Mike Pinsky, Esq.
                                    Michael D. Pinsky, P.C.
                                    211 Main Street, Box 148
                                    Goshen, New York 10924-0148
                                    Tel. (845) 294-5123
                                    Fax (845) 294-9384
                                    Email mpinsky@frontiernet.net

TO: Robert Bergen, Esq.
Rebecca L. Misner, Esq.
Kilpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Avenue
New York, NY 10022

Ivan Kalter, Esq.
Kalter, Kaplan, Zeiger & Forman
P.O. Box 30
6166 State Route 42
Woodbourne, NY 12788