# MICHAEL D. PINSKY, PC
## ATTORNEY AT LAW

**MEMO ENDORSED**

211 MAIN STREET, PO BOX 148 · GOSHEN NY 10924-0148
845-294-5123 · 845-294-9384 FAX
E-MAIL: PINSKYPC@FRONTIERNET.NET

OF COUNSEL
ARTHUR S. VENER

May 19, 2008

*2 pages by fax to (212) 805-6712*

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 540
New York, NY 10007

[STAMP: RECEIVED MAY 19 2008 KEVIN N. NATHANIEL FOX U.S. MAGISTRATE JUDGE]

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/20/08]

Re:   Greenstreet Financial, L.P. v. CS-Graces, LLC and RH Lodging Services, LLC,
       Case No. 1:07-cv-08005 (KNF)

Dear Judge Fox:

I filed a Notice of Appearance in the above action on behalf of third-party defendants Sheryl Smul, the Sheryl Smul Grantor Annuity Trust and Alan Friedberg (Mr. Friedberg also being a defendant in the action). The third-party defendants had previously been represented by Mr. Gary Silver of Stoloff & Silver, LLP. Mr. Silver withdrew as their counsel on consent of all parties, with the Court's permission, on 4/10/2008. (ECF docket entry 37.)

My Notice of Appearance was docketed on ECF and served on counsel for the Plaintiff and the Defendants on Friday, 5/16/2008. (I understand that I am not required to submit the notice to Chambers.) Your Honor has ordered that the third-party defendants obtain counsel and that new counsel file a Notice of Appearance by 5/12/2008, failing which they must appear *pro se*.

I was first approached by Mr. Friedberg on behalf of the third-party defendants in connection with this representation in early May. It is my understanding that, after speaking with me, Mr. Friedberg then interviewed with an attorney at the Bleakley, Platt & Schmidt firm in White Plains, and thereafter with the Burke, Miele & Golden firm in Goshen, New York. After completing these interviews, Mr. Friedberg contacted me again about this case.

I was asked to undertake the representation, and agreed to take the case, on May 15th. Due to pressing business, I was unable to file the Notice until the following day, and ask the Court's permission to forgive the lateness of my appearance and to continue in (commence) my representation in this matter.

Very truly yours,

Mike Pinsky
MP/

5/20/08
Application granted.
SO ORDERED:

KEVIN NATHANIEL FOX, U.S.M.J.

Letter to Hon. Kevin Nathaniel Fox
May 19, 2008
Page 2


Cc:    Rebecca Louise Misner, Esq. (by fax)
       Ivan Kalter, Esq. (by fax)