Michael D. Pinsky, P.C.
Attorney for Alan Friedberg, Sheryl Smul,
and the Sheryl Smul Grantor Annuity Trust
211 Main Street, P.O. Box 148
Goshen, New York 10924-0148
Tel. (845) 294-5123
Mike Pinsky, Esq. (MP1267)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GREENSTREET FINANCIAL, L.P., a
Delaware limited partnership,

                Plaintiff,

          -against-

CS-GRACES, LLC, a New York limited
liability company, RH LODGING SERVICES,
LLC, a New York limited liability company,
and ALAN FRIEDBERG,

                Defendants.
-----------------------------------------------------------------X

1:07-cv-08005 (KNF)

**SUGGESTION OF**
**BANKRUPTCY**

      PLEASE TAKE NOTICE that defendant and Third-Party Defendant Alan Friedberg filed for protection under chapter 7 of title 11, United States Code (the "Bankruptcy Code") on 4/27/2008, Case No. 08-35875 (cgm), in the United States Bankruptcy Court for the Southern District of New York, Poughkeepsie, Division, Hon. Cecelia G. Morris, presiding.

Dated: Goshen, New York
       June 10, 2008

                                      /s/ Mike Pinsky, Esq.
                                      Michael D. Pinsky, P.C.
                                      211 Main Street, Box 148
                                      Goshen, New York 10924-0148
                                      Tel. (845) 294-5123
                                      Fax (845) 294-9384
                                      Email mpinsky@frontiernet.net

TO:    Robert Bergen, Esq.
        Rebecca L. Misner, Esq.
        Kilpatrick & Lockhart Preston Gates Ellis, LLP
        599 Lexington Avenue
        New York, NY 10022

        Ivan Kalter, Esq.
        Kalter, Kaplan, Zeiger & Forman
        P.O. Box 30
        6166 State Route 42
        Woodbourne, NY 12788