UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREENSTREET FINANCIAL, L.P.,               :

        Plaintiff,                              :

        -against-                              :       ORDER

CS-GRACES, LLC, ET AL.,                    :       07 Civ. 8005 (KNF)

        Defendants.                            :
------------------------------------------------------------X

CS-GRACES, LLC, ET AL.,                    :

        Third-Party Plaintiff,                 :

        -against-                              :

SHERYL SMUL, ET AL.,                       :

        Third-Party Defendants.                :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic status conference was held with counsel to the respective parties on June 10, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that a telephonic status conference shall be held with the parties on September 8, 2008, at 2:30 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York          SO ORDERED:
       June 11, 2008

                                                            /s/ Kevin Nathaniel Fox
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE