Michael D. Pinsky, P.C.  
Attorney for Alan Friedberg, Sheryl Smul,  
and the Sheryl Smul Grantor Annuity Trust  
211 Main Street, P.O. Box 148  
Goshen, New York 10924-0148  
Tel. (845) 294-5123  
Mike Pinsky, Esq.

RETURN DATE: 9/17/2008  
RETURN TIME: 11:30 A.M.

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------x  
GREENSTREET FINANCIAL, L.P., a  
Delaware limited partnership,

                Plaintiff,

      -against-                                 1:07-cv-08005 (KNF)

CS-GRACES, LLC, a New York limited  
liability company, RH LODGING SERVICES,  
LLC, a New York limited liability company,  
and ALAN FRIEDBERG,

                Defendants.  
----------------------------------------------------------x  
CS-GRACES, LLC and RH LODGING  
SERVICES, LLC,

                Third-Party Plaintiffs,

      -against-

SHERYL SMUL, SHERYL SMUL  
GRANTOR ANNUITY TRUST and  
ALAN G. FRIEDBERG,

                Third-Party Defendants.  
----------------------------------------------------------x

**NOTICE OF MOTION OF SHERYL SMUL AND THE**  
**<u>SHERYL SMUL GRANTOR ANNUITY TRUST FOR SUMMARY JUDGMENT</u>**

      NOTICE IS HEREBY GIVEN upon the Motion of Sheryl Smul and the Sheryl Smul

Grantor Annuity Trust for Summary Judgment (the "Motion") dated 8/11/2008, in the above-

captioned civil action, by their attorney Michael D. Pinsky, P.C., that on 9/17/2008 at 11:30 a.m., or as soon thereafter as counsel may be heard, Third Party Defendants Sheryl Smul and the Sheryl Smul Grantor Annuity Trust shall apply to the Honorable Kevin Nathaniel Fox, United States Magistrate Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 540, New York, New York, 10007, for an order granting them summary judgment with respect to the claims against them of the Third Party Plaintiffs CS-Graces, LLC and RH Lodging Services, LLC, dismissing the Third Party Complaint in its entirety, all as more fully set out in the Motion.

    PLEASE TAKE FURTHER NOTICE that any opposition to the Motion shall be in writing and shall conform to the Federal Rules of Civil Procedure and Local Rules of the District Court, shall set forth the basis for the opposition and the specific grounds therefore, and shall be filed with the District Court electronically, with a hard copy delivered directly to Chambers, and shall be served upon Michael D. Pinsky, P.C., P.O. 211 Main Street, Box 148, Goshen, New York 10924, so as to be actually received not less than five (5) business days prior to the hearing date.

Dated: Goshen, New York
       8/14/2008

                                      /s/ Mike Pinsky, Esq.
                                      Michael D. Pinsky, P.C.
                                      Attorney for Sheryl Smul, the
                                      Sheryl Smul Grantor Annuity Trust and
                                      Alan G. Friedberg
                                      211 Main Street, Box 148
                                      Goshen, New York 10924-0148
                                      Tel: (845) 294-5123
                                      Fax (845) 294-9384
                                      Email mpinsky@frontiernet.net