## RELEASE FROM MECHANIC'S LIEN

KNOW ALL MEN BY THESE PRESENTS THAT,

WHEREAS, BORIS HALMAN, INC., did heretofore and on the 23rd day of July, 2002, file in the office of the Clerk of the County of Sullivan a certain notice of mechanic's lien, dated and verified the 22nd day of July, 2002 as Case No. 153-02 against the interests of the Record Owner and Lessor, SULLIVAN COUNTY INDUSTRIAL DEVELOPMENT AGENCY, and Equitable Owner and Lessee, R.H. Lodging Services, LLC, as owners of certain real property therein mentioned, described as follows:

Premises situated in the Town of Thompson, County of Sullivan, the State of New York, being Tax Map Parcel, Section 33, Block 1, Lot 7.1 and Tax Map Parcel, Section 51, Block 2, Lot 12, commonly known as 283 Rock Hill Road, being the same premises disclosed in a certain deed dated June 9, 2000 from Frontier Insurance Group, Inc. to R.H. Lodging Services, LLC and recorded in the Sullivan County Clerk's office on June 12, 2000 in Liber 2153 of Deeds at Page 639.

NOW, THEREFORE, in consideration of THIRTY-FOUR THOUSAND NINETY-NINE AND 22/100 ($34,099.22) DOLLARS in hand paid to said BORIS SHALMAN, INC., lienor, with an office as aforesaid, it hereby does release the lien of the above described Notice of Mechanic's Lien.

IN WITNESS WHEREOF, the said lienor does hereunder set his hand and seal this 14th day of July, 2005.

BORIS SHALMAN, INC.

By: _____
John Dollard, President

STATE OF NEW YORK   ss.:
COUNTY OF SULLIVAN

On July 12, 2005, before me, the undersigned, a Notary Public in and for said State, personally appeared John Dollard, President of Boris Shalman, Inc., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

KAREN SKINNER
Notary Public, State of New York
Sullivan County Clerk's #2406
Commission Expires April 21, 2007

Dec 14 05 05:52p    SILLIFF & SILVER    (212) 564-3757    p.16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

Index No. 413-03

BORIS SHALMAN, INC.,

        Plaintiff,

-against-

SULLIVAN COUNTY INDUSTRIAL DEVELOPMENT AGENCY, R.H. LODGING SERVICES, LLC, ALLEN FRIEDBERG, and PHILIP FRIEDBERG, ELLENVILLE NATIONAL BANK as Mortgagee, COUNTY DRAPERIES, INC., Lienor and MILLIKEN & COMPANY, Lienor,

        Defendants.

STIPULATION
DISCONTINUING ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: _____ 2005

_____
AMANDA B BRADY, ESQ.
Jacobowitz & Gubits, LLP

Attorneys for Defendants, R. H. Lodging Services, LLC, Allen Friedberg and Philip Friedberg

158 Orange Avenue
P.O. Box 367
Walden, New York 12586
(845) 778-2121

_____
HENRI SHAWN, ESQ.
Law Office of Henri Shawn, Esq.

Attorney(s) for Plaintiffs

North Street Professional Building
30 North Street
P.O. Box 1120
Monticello, New York 12701
(845) 791-7676

CHRISTOPHER A. CARDILLO, ESQ.
Damon & Morey, LLP
Attorneys for defendant, Milliken & Company
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
(716) 856-5500

Dec 14 05 05:53p            (212) 564-3757           p.17
DEC-14-2005 15:58   SILLER & SILLER

## SCHEDULE C
### NOTICE OF MECHANIC'S LIEN

TO: The Clerk of the County of Sullivan
100 North Street
Monticello, New York 12701

PLEASE TAKE NOTICE, that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

1. The lienor is Milliken & Company, a corporation with a place of business at 1045 Sixth Avenue, New York, New York 10018.

2. The lienor's attorneys are Damon & Morey LLP, Christopher A. Cardillo, Esq., of counsel, 1000 Cathedral Place, 298 Main Street, Buffalo, New York 14202-4096.

3. Upon information and belief, the Record Owner and Lessor of the real property is the Sullivan County Industrial Development Agency, 198 Bridgeville Road, Monticello, New York 12701.

4. Upon information and belief, the Equitable Owner and Lessee of the real property is R.H. Lodging Services, LLC, 283 Rock Hill Road, Rock Hill, New York 12775.

5. Upon information and belief, the record owner's interest in the real property is fee simple, subject to a conditional right of reversion in the equitable owner.

6. The lienor furnished materials to Lodging Construction Corporation, 283 Rock Hill Road, Rock Hill, New York 12775.

7. The materials furnished were carpet floor coverings.

8. The agreed price of the materials was $23,587.08.

9. Upon information and belief, the amount unpaid to the lienor for the materials and for which this lien is filed is $23,587.08.

10. The first item of the materials was furnished on March 8, 2002.

11. The last item of the materials was furnished on March 8, 2002.

12. The property subject to the lien is in the Town of Thompson, County of Sullivan and State of New York; is located on two (2) parcels of real estate consisting of approximately 54 acres along Rock Hill Road, commonly known as 283 Rock Hill Road; and has been assigned the tax identification numbers of Section 35, Block 1, Lot 7.1 and Section 51, Block 2, Lot 12.

13. Upon information and belief, the materials were furnished for and were used in the improvement of said real property.

family dwelling, and eight months have not elapsed since the date the last time materials and/or labor were furnished.

DATED:   October 31, 2002

By: _____
Christopher A. Cardillo, Agent

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF ERIE    )

CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Milliken & Company, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason why this verification is made by the deponent is that he is the Agent of the lienor.

_____
Christopher A. Cardillo

Sworn to before me this
31st day of October, 2002.

_____
Notary Public

BARBARA J. SPRADA
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Dec. 31, 2005