# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

**B. SEND ACKNOWLEDGEMENT TO:**
Name: John A. Gelety
Address: 2601 South Bayshore Drive
Address: Suite 1775
City/State/Zip: 33133

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2005 Jan 05 AM 12:00

****** 20050868058X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | SHERYL SMUL GRANTOR ANNUITY TRUST | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 12351 NW 2 STREET | CITY PLANTATION | STATE FL | POSTAL CODE 33325 | COUNTRY USA |
| 1d. TAX ID# | 1e. TYPE OF ORGANIZATION ANNUITY TRUST | 1f. JURISDICTION OF ORGANIZATION GEORGIA | 1g. ORGANIZATIONAL ID# [X] NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID# | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# [ ] NONE | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | GREENSTREET FINANCIAL, LP | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 2601 South Bayshore Drive, Suite 1775 | CITY MIAMI | STATE FL | POSTAL CODE 33133 | COUNTRY |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE SCHEDULE A ATTACHED HERETO AND MADE A PART HEREOF.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG. LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

## SCHEDULE A

The property covered by the Financing Statement includes, without limitation, any and all property which is now or hereafter owned by the Debtor or in which the Debtor now has or hereafter acquires an interest, whether such property is now existing or hereafter made, constructed, created or arising, including, without limitation: (i) all tangible property wherever located, including, without limitation, all goods, inventory, investment property, equipment, fixtures and personal property, and (ii) all intangible personal property, including without limitation, (A) any and all accounts, contract rights, book debts, checks, notes, drafts, acceptances, and any and all amounts due to Debtor from a factor or other forms of obligations and receivables, now existing or hereafter arising, (B) any and all of Debtor's instruments, documents, and other writings of any type, (C) any and all of the Debtor's general intangibles, (D) any and all chattel paper, and (E) any and all tradenames, trademarks, and logos. Without limiting the generality of the foregoing, the property includes all the following, whether now owned or hereafter acquired, whether now existing or hereafter arising, and wherever located:

(1) all Debtor's interest in that certain note receivable of Peck/Jones Contractors, Inc.; and (b) Debtor's 50% membership interest in RH Lodging Services, LLC, a New York limited liability company;

(2) All attachments, accessions, accessories, tools, parts, supplies, increases, and additions to and all replacements of and substitutions for any property described above;

(3) All products and produce of any of the property described in this Schedule A;

(4) All accounts, contract rights, general intangibles, instruments, rents, monies, revenues, issues, profits, payments, and all other rights, arising out of a sale, lease, trade, exchange or other disposition of any of the property described in this Schedule A;

(5) All proceeds (including insurance proceeds) from the sale, destruction, loss, condemnation or other disposition of any of the property described in this Schedule A;

(6) All proceeds, refunds or rebates from the cancellation of any insurance policies or any of the property described in this Schedule A or from any warranty, service, disability or credit insurance product or policy for Debtor, for the benefit of Debtor or for any of the property described in this Schedule A;

(7) All cash and non-cash proceeds and products of any of the property described in this Schedule A, in whatever form, and the proceeds of proceeds; and

(8) All records and data relating to any of the property described in this Schedule A, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of Debtor's right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media.