# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS



| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

## UCC Information

The Uniform Commercial Code (UCC) filing process was privatized October 1, 2001. The vend Image API, Inc. All filings, photocopy and certification requests, forms, and database availabilit searches is the responsibility of Image API, Inc.

**Phone Number:** 850-222-8526

**Mailing Address:**
Image API, Inc.
UCC Filings
P.O. Box 5588
Tallahassee, FL 32314

**Courier Address:**
Image API, Inc.
UCC Filings
2670 Executive Center Circle West, Suite 100
Tallahassee, FL 32301

The Web address for forms, electronic filing, and searches is: www.floridaucc.com

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

http://www.sunbiz.org/ucc_info.html

7/28/2008

# FLORIDA SECURED TRANSACTION REGISTRY

DETAIL RECORD FOR: 20050868058X       < PREVIOUS   BACK TO RESULTS   NEXT >

| STATUS | DATE FILED | EXPIRES | FILINGS COMPLETED THRU | SUMMARY FOR FILING |
|---|---|---|---|---|
| FILED | 01/05/2005 | 01/05/2010 | 07/22/2008 | 20050868058X |

| Events Filed | 0 |
|---|---|

### SECURED PARTIES
NAME & ADDRESS                                           Current Secured Parties:;1

GREENSTREET FINANCIAL, LP
2601 SOUTH BAYSHORE DRIVE SUITE 1775 MIAMI FL 33133

MORE >

### DEBTOR PARTIES
NAME & ADDRESS                                           Current Debtor Parties:;1

SHERYL SMUL GRANTOR ANNUITY TRUST
12351 NW 2 STREET PLANTATIONF FL 33325

MORE >

### DOCUMENT IMAGES
Pages in all forms/attachments:;3

| DOCUMENT NUMBER | TYPE | DATE | PAGES |
|---|---|---|---|
| 20050868058X | UCC1 | 01/05/2005 | 3 |

Home || Search || Fees || Forms || FAQ's || Help || Debit





Copyright (C) 2001 Image API, Inc.



# FLORIDA SECURED TRANSACTION REGISTRY

Search
Fees
Forms
FAQ's
Downloads
Help

ACH Debit Accounts

## Welcome to the Florida Secured Transaction Registry

The Florida Department of State privatized the process of filing and maintaining the Florida Secured Transaction Registry, effective October 1, 2001. Image API, Inc., and its partner the Florida Bankers Association, have been selected as the vendor for this contract. If you have questions, please email us at: help@FLORIDAUCC.com or call us at 850.222.8526.

Please note: FloridaUCC, Inc. is located at:
2670 Executive Center Circle West
Tallahassee, FL 32301

Notice: To the best of our ability we have attempted to remove all social security numbers from this website. If you should see a social security number, please email us at: help@floridaucc.com or call us at: 850-222-8526 with the location of the number so that it may be removed.

Please note: Over the weekend of January 5-7, 2007, the Florida Secured Transaction Registry experienced technical difficulties that resulted in some filings being posted with an incorrect filing status. The technical difficulties have been resolved and procedures implemented to prevent a reoccurrence. Filers should review their recent filings to confirm that the status of their filing is accurately reflected in the Registry.

Please note: Over the weekend of October 18, 2003, FloridaUCC, Inc. made updates to this web site in response to legislation passed in Florida Statutes Chapter 679. The filing status designations of "Active", "Inactive" and "Lapsed" were updated to "Filed" or "Lapsed". All search options involving debtor names were updated to incorporate the Filed and Lapsed status designations.

Effective Sunday, April 17, 2005, FloridaUCC, Inc. staff will no longer perform searches of the Florida Secured Transaction Registry. The floridaucc.com web site will not be affected by this procedural change.

Home || Search || Fees || Forms || FAQ's || Help || Downloads || Debit