UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GREENSTREET FINANCIAL, L.P., a
Delaware limited partnership,

                Plaintiff,

       -against-
                                        1:07-cv-08005 (KNF)

CS-GRACES, LLC, a New York limited
liability company, RH LODGING SERVICES,
LLC, a New York limited liability company,
and ALAN FRIEDBERG,

                Defendants.
-----------------------------------------------------------x
CS GRACES, LLC and RH LODGING
SERVICES, LLC,

                Third-Party Plaintiffs,

       -against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

                Third-Party Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK    }
                                }ss.
COUNTY OF ORANGE    }

## AFFIDAVIT OF SERVICE

    The undersigned, being duly sworn, deposes and says: that on August 14, 2008 I served a copy of (i) Notice of Motion of Sheryl Smul and The Sheryl Smul Grantor Annuity Trust For Leave To Implead As Fourth Party Defendants Stoloff & Silver, LLP and Gary D. Silver; (ii) Motion of Sheryl Smul and The Sheryl Smul Grantor Annuity Trust For Leave To Implead As Fourth Party Defendants Stoloff & Silver, LLP and Gary D. Silver with proposed Fourth Party

Complaint annexed, and (iii) Memorandum of Law In Support of Motion of Sheryl Smul and The Sheryl Smul Grantor Annuity Trust For Leave To Implead As Fourth Party Defendants Stoloff & Silver, LLP and Gary D. Silver in the above case by depositing a true copy in a first-class postage paid envelope with the U.S. Postal Service, addressed to the following:

> Ivan Kalter, Esq.
> Kalter, Kaplan, Zeiger & Forman
> P.O. Box 30
> 6166 State Route 42
> Woodbourne, NY 12788
>
> Robert Bergen, Esq.
> Rebecca L. Misner, Esq.
> Kilpatrick & Lockhart Preston Gates Ellis, LLP
> 599 Lexington Avenue
> New York, NY 10022

/s/ Debbie Pinsky

Sworn to before me on this
14th day of August 2008

*Cindy L Langbein*
Notary Public, State of New York

CINDY L LANGBEIN
Notary Public, State of New York
No. 01LA6183054
Qualified in Orange County
Commission Expires March 10, 2012