Michael D. Pinsky, P.C.
Attorney for Alan Friedberg, Sheryl Smul,
and the Sheryl Smul Grantor Annuity Trust
211 Main Street, P.O. Box 148
Goshen, New York 10924-0148
Tel. (845) 294-5123
Mike Pinsky, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GREENSTREET FINANCIAL, L.P., a
Delaware limited partnership,

              Plaintiff,

          -against-
                                       1:07-cv-08005 (KNF)

CS-GRACES, LLC, a New York limited
liability company, RH LODGING SERVICES,
LLC, a New York limited liability company,
and ALAN FRIEDBERG,

              Defendants.
----------------------------------------------------------x
CS GRACES, LLC and RH LODGING
SERVICES, LLC,

              Third-Party Plaintiffs,

          -against-

SHERYL SMUL, SHERYL SMUL
GRANTOR ANNUITY TRUST and
ALAN G. FRIEDBERG,

              Third-Party Defendants.
----------------------------------------------------------x

### ORDER GRANTING LEAVE TO IMPLEAD
### STOLOFF & SILVER, LLP AND GARY D. SILVER

Upon the motion and supporting papers of Third Party Defendants Sheryl Smul and The Sheryl Smul Grantor Annuity Trust (the "Third Party Defendants"), seeking leave to implead the

law firm of Stoloff & Silver, LLP and a partner in that firm, Gary D. Silver, Esq. as fourth party defendants herein, in the absence of objection and after due consideration, it is hereby

ORDERED, that, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, Third Party Defendants are permitted to file and serve their fourth party complaint for indemnity over against Stoloff & Silver, LLP and Gary D. Silver, in substantially the form annexed as Exhibit "A' to their motion.

Dated: New York, New York
       September 11, 2008

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE